DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LISA CANTRELL,**
Appellant,

v.

**MAPLECREST HOMEOWNERS ASSOCIATION INC.,**
a corporation not for profit,
Appellee.

No. 4D21-2625

[June 1, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Jr., Judge; L.T. Case No. 50-2014-CA-011588-XXXX-MB.

Lisa Cantrell, Jupiter, pro se.

Mark R. Osherow and Kenyetta N. Alexander of Osherow, PLLC, Boca Raton, and Michelle L. Azar of the Michelle L. Azar Law Office, Jupiter, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***